# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**CENTENNIAL BANK,**

   Plaintiff,

v.                              CASE NO. 5:11-cv-223-RS-GRJ

**CROWN AMERICAN PROPERTIES, INC.,
TROY R. CAMPBELL, and MARK A.
CHASSE,**

   Defendants.
_____/

## ORDER

Before me is Plaintiff's Motion for Final Summary (Doc. 34). Defendants have not filed a response. N.D. Fla. Loc. R. 7.1(C)(1) provides, "Failure to file a responsive memorandum may be sufficient cause to grant the motion."

Plaintiff's Motion for Final Summary Judgment (Doc. 34) is **GRANTED**.

**ORDERED** on December 8, 2011.

                              **/s/ Richard Smoak**
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**